UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.  4:09cr9/MCR/CAS
              4:14cv240/MCR/CAS

LEONDRAY GIBSON,

_____/

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation dated June 7, 2017. ECF No. 384. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having conducted the required *de novo* review of Petitioner's objections, the Court finds that the Report and Recommendation should be adopted. Petitioner's first four grounds for relief, as well as his first four objections to the Report & Recommendation, are without merit because he did not establish the deficiency and prejudice required to successfully assert an ineffective assistance of counsel claim. *See Strickland v. Washington*, 466 U.S. 668 (1984); *Williams v. Allen*, 598 F.3d 778, 788 (11th Cir. 2010). The Court agrees with the Magistrate Judge's conclusion that trial counsel's performance cannot be said to be deficient for the failure to make a legal argument which, at the time, had it been made, would have had no legal support. *See* ECF No. 384 at 9-10 (collecting

cases). With respect to Petitioner's fifth ground for relief and objection, the Court finds that Petitioner has failed to meet his burden of presenting any evidence, much less new evidence, to support his assertion that five of the Government's cooperating witnesses fabricated their trial testimony against him. *See Lynn v. U.S.*, 365 F.3d 1225, 1237 (11th Cir. 2004).

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 384, is **ADOPTED** and incorporated by reference in this Order.

2. Petitioner's amended motion to vacate, set aside, or correct judgment and sentence, ECF No. 350, is **DENIED**.

3. Petitioner's request for a certificate of appealability is **DENIED**.

**DONE** and **ORDERED** this 21st day of September, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**